

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

On May 18, 2015, appellant filed eight additional motions – "Motion for Reconsideration," "Motion to Deny Counsel Joseph Appelt and Applee [sic] Manuel Castro Time to Turn in Appellee Brief," "Motion to Amend Agreement for Final Divorce Signed 10/30/2013," "Motion for Action for Bill of Review BSI Mortgage Statement to Modify Agreement for Final Divorce . . .," "Motion to Redivison [sic] of Community Estate Due to Fraud . . .," "Motion to Just and Right Divison [sic] of Community Estate Due to Fraud . . .," "Motion for Punitive Damages . . .," and "Motion to Grant Appellant Relief and Punitive Damages Who is the Wronged Spouse." We **DENY** the eights motions identified in this order.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2015.

_____
Keith E. Hottle
Clerk of Court